USDC- BALTIMORE
'23 FEB 21 PM3:13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Charles T. Campbell
, 14790
8450 Dorsey Run Road
Jessup, MD 20794

*

*

(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

v.

Clifton T Perkins
Hospital Center
8450 Dorsey Run Road
Jessup, MD 20794
(Full name and address of respondent)
**Defendant(s).**

*

*

**Case No.:** ____________________
(Leave blank. To be filled in by Court.)

**COMPLAINT**

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐ NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: ____________________

Defendant(s): ____________________

2. Court (if a federal court name the district; if a state court name the city or county):

____________________

3. Case No.: ____________________

4. Date filed: ____________________

5. Name of judge that handled the case: ____________________

6. Disposition (won, dismissed, still pending, on appeal): ____________________

7. Date of Disposition: ____________________

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑ NO ☐

1. If you answered YES:

a. What was the result? Ivestigation reached Stage 3 and found inconclusive by Clifton T Perkins HC CEO Dr. Moran.

b. Did you appeal? Yes

YES ☑ NO ☐

2. If you answered NO to either of the questions above, explain why: ____________________

III. Statement of Claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 10/07/2022 at approximately 10:30am-2:30pm in Clifton T Perkins Hospital ward 1west Right Hallway; I was assaulted by Security officers, Injured by security officers, subsuquently neglected by attending staff during restraint, and denied proper medical treatment after the incident. My Character was also defamed and misrepresented by false ~~documentat~~ documentation.

**CORRECTION/SUPPLEMENTATION TO THE MEDICAL RECORD**
**(PERSON OF INTEREST RESPONSE)**

Date & Time:
On 10-07-22 at approximately [illegible]:30am until 2:30pm.

Location: 1 West ward Right Hallway and Restraint Room.

Incident: After returning from fresh air break myself and my fellow patients were getting settled into the dayroom. Shortly after Security officers entered the ward. They proceeded to direct all patients to stand in front of their rooms and advised that they are performing a routine shakedown search. The search was conducted and as a result contraband was reported to have been found in the Common area of the ward. At this time patients were still waiting in front of their rooms to return to the day room where we had all been previously. Following what seemed to be a 30 to 45 minute wait, everyone was now being directed to enter their rooms, and that the unit was being placed on Safety lock-down. Due to the fact that I had never heard of a Safety lockdown nor did I recall seeing anything about it in the various procedural handouts that reference the rules and operation of the hospital I proceeded to request more information about the instructions we were being given. At this point, I began to have a conversation with the staff and security of how it was unfair to penalize patients and take away our privileges in an unwarranted manner for the actions of individuals and of their inability to properly manage impending Control or Safety issues. I then added that a Safety lockdown is nowhere to be found in any of the documentation they provide that outlines hospital policies and the different measures the hospital has at its disposal to manage these incidents. The lockdown was unfounded and unfair to the rest of the patients on the ward who had nothing to do with it. The likely-hood of the prescribed medication found being prescribed to more than one patient is slim to none and the implication that the security and the staff couldn't narrow down whom it came from, or was discarded by is hard to believe being as though we are in a maximum security facility where every patient is monitored on a 15 minute basis. My Conclusion became that everyone was being punished to incite resentment towards the individuals involved in the handling and possession of Contraband. For all these reasons

**CORRECTION/SUPPLEMENTATION TO THE MEDICAL RECORD**
**(PERSON OF INTEREST RESPONSE)**

10-07-22 10:30am-2:30pm 1West Continued

I refused to lock-in to my room until I was able to speak to someone who was able to make sense of the situation and explain how my safety and that of my fellow patients was being affected, and why the resolution to that safety risk was to lock patients in rooms that technically they can all leave out anytime. How does that resolve the contraband issue? How does that keep us safer? Was it about our safety or their convenience? It seemed like the latter and unempeded they continued to lock all the patients in one by one. With my continued refusal, though I was not being combative, threatening, dangerous to myself or others including staff, I made no physical gestures nor verbally threatening remarks, on the contrary I said "I respectfully refuse." At which point John the head nurse authorized the use of force and directed the officers to grab my arms and force me in my room. He said "If he won't go in, make him." "Grab his arms and push him in," he added. Without incident or provokation, threats of any kind, disruption or a present danger to others I was attacked by what seemed to be at least 8 security officers. They started by grabing both of my arm, they then started to grab my legs prior to lifting me they punched me in the face to head I [illegible] 8 to 10 times. At which point they then began to lift me but had too many people pulling me in different directions so they elected to readjust themselves, that initial pulling and tugging on my body actually caused me strain and pain to my shoulders, neck, and knees. Later while getting me in the room the officer handling my left leg entered the room and abruptly pushed my leg which was caught on the door frame because they entered the room sideways spreading my groin area in a painful snapping motion as well as my shin which was slammed against the frame. If that didn't suffice to debase and cause lasting pain, the officers had more tactics to accomplish just that, as they put me down into the bed while my hands were being held so that I couldn't defend myself I was elbowed 4 times, 3 times in the face area around my left eyesocket, and once in my throat, then the officer continued to apply pressure to my throat and neck area by leaning on it with their elbow until I began to choke.

## CORRECTION/SUPPLEMENTATION TO THE MEDICAL RECORD
## (PERSON OF INTEREST RESPONSE)

10-07-22 10:30am-2:30pm 1 west Continued

my shirt was also being pulled from behind me in an attempt to hold me down this continued to cause me to choke and not be able to breathe or catch my breath. An officer holding my legs began to yell "spit hood!! Spit hood!!." The two officers one who was pulling my shirt, and the other with his elbow on my neck said "no he's choking," "he doesn't need a spit hood," then began to laugh amongst each other. After being strapped to the bed I began to notice almost immediately that my arms were being pulled very close toward the ground, and my elbows were being bent upward against the bed as a result. At this point within the first 10-15 minutes of being restrained I made two request the first was to speak with Dr. Vanwinkle, the second was directed to cpl. Falo, I asked him to adjust my restraints because they were causing me pain. In response he said "It's normal, It's suppose to be painful. You think it's easy like that? pain is a part of it." My request to speak with Dr. Vanwinckle was not accomodated until I was released from the restraints almost 3 hours later. This presents an issue to me because I needed to speak with him about why I was in restraints, also to alert him to the pain I was feeling because he was aware of my preexisting conditions that should require that I'm not restrained in such a way. Nevertheless, he wasn't called and my suffering continued. I continued to ask for Dr. Vanwinkle, and for my restraints to be adjusted to no avail, as I had to listen on to cpl Falo continuously joking in the hallway with his co-workers calling them doctors to mock my request for Dr. Vanwinkle, the somatic doctor, and even at one point started stating that "we all had to go through that in training, just be a man, you're not acting like a man." As his co-workers chimed in and echoed his sentiments. Never while in restraints did I make threats, speak in a threatening manner or act in a way that can be perceived as threatening out of control or a danger to myself or surroundings. The file on this incident is incomplete in the sense of omitting my injuries, and not expressing my concerns about the lockdown that initiated restraints, it doesn't elaborate that I had no part in the contraband found, Information included in the file is partial to the desired portrait of myself as the subject of the report to my opinion in an unfair and uncharacteristic manner. I am formally requesting a corection of form 03-08 not excluding 03-A, nor 05-2 and all copies in existence and circulation.

IV. Relief

(State briefly what you want the Court to do for you.)

To investigate my Claim, and if merrit is found, and wrongdoing evident on the part of Clifton T Perkins Hospital Center Staff That; The court rules in my favor and find Clifton T Perkins Hospital Center liable for my injuries, as well as my physical and mental pain and Suffering.

SIGNED THIS 31st day of January, 2023.

[signature]

Signature of Plaintiff

Charles T Campbell

Printed Name

8450 Dorsey Run Road, Jessup MD 20794

Address

410-724-3038

Telephone Number

Email Address