**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CHARLES CAMPBELL,
Plaintiff,

v.

CLIFTON T. PERKINS,
JOHN MBAH,
KEVIN THOMPSON,
TOM FOLOMSELE,
DR. VANWINKLE,
DR. PACHAN,
Defendants.

Civil Action No.: SAG-23-478

**ORDER**

For the reasons stated in the foregoing Memorandum, it is this 20th day of September, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk is DIRECTED to correct the spelling of defendants' names as reflected in the caption of this Order;

2. Defendants' motion to dismiss, or in the alternative, for summary judgment (ECF No. 16) IS GRANTED as to the official capacity claims, the medical claims, and the state tort law claims other than assault and battery, and IS DENIED as to the excessive force claim and the state law assault and battery claim;

3. Defendant Clifton T. Perkins is DISMISSED from suit;

4. Plaintiff's motion to compel discovery (ECF No. 15), is construed as an affidavit filed pursuant to Fed. R. Civ. P. 56(d) and will be termed as a motion;

5. If plaintiff wishes to have counsel appointed to represent him, he is GRANTED 28 days from the date of this Order to file a request for counsel;

6. Defendants SHALL ANSWER the complaint within 28 days of the date of this Order; and

7. The Clerk SHALL PROVIDE a copy of the foregoing Memorandum and a copy of this Order to plaintiff and to counsel for defendants.

/s/
Stephanie A. Gallagher
United States District Judge