In The United States District Court: District Of Maryland
Case # 1:23-CV-478-SAG

Campbell v. Perkins et. al

USDC- BALTIMORE
'23 OCT 16 PM4:00
AV

Here Comes Plaintiff Charles T. Campbell on the 16th of October, 2023. The purpose for this Correspondence is to request Counsel in the above mentioned matter, as directed by the Order issued on the 21st of September, 2023. Plaintiff has recently been released from Custody and is actively attempting to procure adequate Counsel. It is so humbly requested that this Court grant this request, and extend the time for any other proceedings or actions in this Case until the Plaintiff is properly represented and all his intrests protected. Thank you for your attention to this matter. Have a great day.

Respectfully Submitted,
[signature]
Charles T. Campbell
10-16-2023