**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CHARLES CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MBAH, *et al.*,<br><br>Defendants. | Civil Action No.: SAG-23-478 |

**ORDER**

Upon consideration of the pending Motion for Appointment of Counsel (ECF No. 26), it is this 18th day of October, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion for Appointment of Counsel (ECF No. 26) IS GRANTED;
2. The Clerk SHALL PROVIDE a copy of this Order to the Pro Bono Coordinator who SHALL LOCATE a member of this Court's Bar to represent Plaintiff;
3. Appointed counsel SHALL promptly REVIEW the pleadings and ADVISE opposing counsel of his or her estimate regarding the length of time it will take to complete discovery;
4. Counsel SHALL CONTACT chambers to advise of the mutually agreeable discovery deadline date and further scheduling of the progress of this case; and
5. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff and to counsel.

/s/
Stephanie A. Gallagher
United States District Judge