**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Charles Campbell,<br>Plaintiff,<br>vs.<br>John Mbah, et al.<br>Defendants. | *<br>*<br>*<br>*<br>*<br>* | Civil Action No. SAG-23-478 |

**REQUEST FOR SETTLEMENT CONFERENCE**

Plaintiff Charles Campbell respectfully requests that the Court set a settlement conference between the dates of November 3, 2025 and November 14, 2025, or another date that is agreeable to the Court and the Parties. To the extent that it is consistent with the Court's practice, Plaintiff further requests that the Parties be permitted to submit confidential position papers before the settlement conference. Plaintiff has informed Defendants of his intent to file this request.

The Parties anticipate fact discovery being complete by the end of October, possibly earlier. A settlement conference would potentially allow the Parties to avoid costs associated with expert discovery, summary judgment briefing, and trial.

The Parties have previously engaged in settlement discussions but have been unable to reach a settlement. Plaintiff believes that a settlement conference, with the assistance of the Court, provides the best opportunity for settlement. Plaintiff also believes that the filing of confidential position papers would be helpful in creating an

efficient settlement conference and enabling the Court to identify key issues and disputes between the Parties.

Accordingly, Plaintiff requests that the Court set a settlement conference between the Parties between November 3, 2025 and November 14, 2025, and that the parties be permitted to submit confidential position papers before the settlement conference.

Dated: September 3, 2025

Respectfully Submitted,

/s/ *Andrew Magloughlin*

**STEPTOE LLP**

Dwight J. Draughon
Daniel S. Blynn
Andrew Magloughlin
1330 Connecticut Ave NW
Washington, DC 20036
(202) 429-3000
ddraughon@steptoe.com
dblynn@steptoe.com
amagloughlin@steptoe.com

Mihir Desai
2029 Century Park East
Suite 980
Los Angeles, CA 90067
mdesai@steptoe.com

Michael O'Rourke
227 West Monroe Street
Chicago, IL 60606
morourke@steptoe.com

*Counsel for Charles Campbell*

**CERTIFICATE OF SERVICE**

I, Andrew Magloughlin, certify that on September 3, 2025, this document will be sent electronically through the Court's ECF system to the registered participants as identified on the notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Andrew Magloughlin*
*Counsel for Charles Campbell*