IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES CAMPBELL | * | |
| *Plaintiff* | * | |
| v. | * | Case No. SAG-23-478 |
| JOHN MBAH, et al. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * *

DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENA FOR THE NATIONAL ASSOCIATION OF STATE MENTAL HEALTH PROGRAM DIRECTORS REPORT REGARDING PERKINS HOSPITAL

Defendants, Kevin Thompson, Mathew Van Winkle, M.D., John Mbah, and Temitope Folowosele, pursuant to Federal Rule of Civil Procedure 34 and 45(d)(3)(A) and move to quash Plaintiff's subpoena of a report authored by the National Association of State Mental Health Program Directors regarding Perkins Hospital.

In support therefore, the Defendant has attached a Memorandum of Support.

Dated: October 15, 2025

Respectfully submitted,

ANTHONY G. BROWN

Attorney General of Maryland

/s/

______________________________

Marisa F. Capone
Federal Bar. No. 28516
Musa L. Eubanks
Federal Bar No. 15130
Assistant Attorneys General

Maryland Department of Health
300 W. Preston Street, Suite 302
Baltimore, Maryland 21201
Marisa.capone@maryland.gov
Musa.eubanks@maryland.gov
(410) 767-1861 (direct)
(410) 333-7894 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of October 2025, a copy of the foregoing Motion to Quash, supporting Memorandum and proposed Order was filed in accordance with the electronic filing requirements and procedures established by the United States District Court for the District of Maryland, and all counsel of record were served electronically via the Court's CM/ECF system.

/s/ Marisa F. Capone
Federal Bar No. 28516