IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES CAMPBELL *
*Plaintiff* *
v. * Case No. SAG-23-478
JOHN MBAH, et al. *
*Defendants* *
* * * * * * * * * * *
* *

AFFIDAVIT OF ALIYA JONES, M.D.
CHIEF EXECUTIVE OFFICER OF CLIFTON T. PERKINS HOSPITAL

-
I, Aliya Jones, M.D., am over the age of eighteen and swear to the following under the

penalty of perjury.

1. I am the Chief Executive Officer of Clifton T. Perkins Hospital.

2. The National Association of State Mental Health Program Directors evaluated Perkins to improve the policies and practices concerning the delivery of health care at Perkins. The National Association of State Mental Health Program Directors issued a Report based on this evaluation ("Report").

3. *I am aware through the Office of the Attorney General that the ("Report") regarding Perkins Hospital has been requested by Plaintiff's counsel in Charles Campbell v. John Mbah, et al.*

4. I have control over the Report.

5. I reviewed the Report in consideration of whether or not it should be disclosed in this case.

6. I assert executive privilege to prevent the disclosure of the Report.

7. The Report contains highly sensitive and confidential information about the operations of Perkins Hospital and makes recommendations and expresses opinions on legal and policy matters. This information is being used currently to

make improvements in the health, safety and welfare of individuals at Perkins.

8. The Report is protected by the deliberative process privilege which is component of the executive process privilege.

9. The Report contains information that is being used currently to improve Perkins policies and enhance the delivery of health care at Perkins. However, Perkins has not finalized a policy based on the information contained in the Report.

10. The disclosure of the information in the Report will stifle attempts to improve the quality of Perkins operations and will undermine the protection of individuals residing and working at Perkins.

11. The disclosure of the information in the Report will cause foreseeable harm to both the Department's deliberative process and the operations of Perkins Hospital.

ALIYA JONES, M.D.
CHIEF EXECUTIVE OFFICER
CLIFTON T. PERKINS HOSPITAL