**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Charles Campbell,<br>Plaintiff,<br>vs.<br>John Mbah, et al.<br>Defendants. | *<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:23-cv-00478-SAG |

**PLAINTIFF'S REQUEST FOR STATUS CONFERENCE**

Plaintiff Charles Campbell requests an expedited status conference with the Court regarding settlement of this case. Even though the parties have engaged in extensive settlement negotiations and ultimately reached a settlement agreement between the parties in this case and the Maryland Department of Health, Defendants have failed to take the necessary steps to finalize the agreement under the State of Maryland's procedures. In support of its request, the Plaintiff states as follows:

1. Plaintiff's counsel transmitted a signed settlement agreement to Defense counsel on May 7, 2026.

2. On June 2, 2026, Defense counsel stated that their clients had approved the settlement terms and that the remaining step was obtaining final approval from the "Civil Unit" within the Office of the Maryland Attorney General. On June 5, 2026, Plaintiff's counsel notified the Court that the Parties had made significant progress toward settlement and will keep the Court informed regarding future updates.

3. On June 8, 2026, Defense counsel sent Plaintiff's counsel additional revisions from the Civil Unit for review (which Plaintiff promptly accepted and signed that day). Plaintiff's

counsel followed up by phone on June 16, 2026, and Defense counsel and shared that they anticipated approval of the agreement by the Civil Unit on June 19, 2026.

4. On June 18, 2026, the Court asked the parties for updates. Plaintiff shared by phone with Judge Miller's clerk, Ms. Fagan, that we anticipated final approval shortly. Plaintiff did not receive an update from Defense counsel until June 22, 2026, when they stated that they had only obtained a signature from the Maryland Department of Health and were still in the process of obtaining signatures from the individual Defendants.

5. On July 2, 2026, Defense counsel shared the signed agreement with Plaintiff's counsel, and explained that the agreement would now be submitted to the Board of Public Works ("BPW") for its approval process required for many settlements with the state of Maryland. BPW typically meets and approves settlement agreements on a twice-monthly basis.[1] After receiving this update from Defense counsel, Plaintiff notified the Court that the Parties reached a final agreement and anticipated final approval the following month.

6. On July 21, 2026, the day before the next BPW meeting, Defense counsel contacted Plaintiff's counsel requesting additional information to complete the BPW approval process. Plaintiff promptly provided the necessary information.

7. On August 4, 2026, the day before another BPW meeting, Defense counsel reached out to Plaintiff again, this time with additional revisions to the settlement agreement attributed to BPW. The parties agreed to these changes on August 13, 2026, along with an additional change requested by Mr. Campbell.

---

[1] *See* Maryland Board of Public Works, *2026 Board Meeting Dates*, https://bpw.maryland.gov/Pages/default.aspx#Calendar (last visited Sept. 2, 2026).

8. Defense counsel was unable to resubmit the settlement agreement to BPW for consideration at its August 19, 2026 meeting, but did submit it for consideration at the September 2, 2026 meeting. That meeting has now come and gone, and BPW has still not reviewed and approved the settlement agreement.

9. Since the parties signed the settlement agreement, there have been BPW meetings on July 22, August 5, August 19, and September 2, 2026. The next meeting is on September 16, 2026, and Plaintiff has not received assurance that the settlement agreement will be approved then. The next meeting after that is October 7, 2026.

Plaintiff therefore requests an expedited status conference to address the ongoing delay in completing settlement.

Respectfully Submitted,

/s/ *Andrew Magloughin*
Dwight J. Draughon
Daniel S. Blynn
Andrew Magloughlin
Laura Niday
**STEPTOE LLP**
1330 Connecticut Ave NW
Washington, DC 20036
(202) 429-3000
ddraughon@steptoe.com
amagloughlin@steptoe.com
lniday@steptoe.com

*Counsel for Charles Campbell*

Dated: September 2, 2026

**CERTIFICATE OF SERVICE**

I, Andrew Magloughlin, certify that on September 2, 2026, this document will be sent electronically through the Court's ECF system to the registered participants as identified on the notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Andrew Magloughlin*
Andrew Magloughlin